IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                              Criminal Action No. 06-00290-01-CR-W-HFS

v.

NATASHA L. GENTRY,

        Defendant.

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On March 16, 2007, the Grand Jury returned a three count, Second Superseding Indictment against defendant Natasha L. Gentry. Count One alleges that on or between August 1 and August 31, 2005, defendant Gentry possessed with intent to distribute fifty grams or more of methamphetamine. Count Two alleges on or about August 31, 2005, defendant Gentry possessed with intent to distribute fifty grams or more of methamphetamine. Count Three alleges that on or about August 31, 2005, during and in relation to a drug trafficking crime for which she may be prosecuted in a court of the United States the defendant carried 3 firearms.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Amy Marcus assisted by Charles Ambrose
    Case Agent: Detective James Manly of the Kansas City Missouri Police Department
    Defense: Steve Moss and Julie Eilers, an investigator from his office

**OUTSTANDING MOTIONS**: Motion to Exclude Evidence with Suggestions (doc. #47)(the hearing was not held on this motion until April 2, 2007, but a transcript is being prepared on an expedited basis)

**TRIAL WITNESSES**:
    Government: 8 witnesses with stipulations; 10 witnesses without stipulations
    Defendants: 7-8 witnesses, including the defendant

**TRIAL EXHIBITS**
    Government: 31 exhibits
    Defendant: 20-25 exhibits for defendant

**DEFENSES**: Lack of knowledge of contraband, lack of specific intent and general denial

**POSSIBLE DISPOSITION**:

    (X ) Definitely for trial;    ( ) Possibly for trial;    ( ) Likely a plea will be worked out

**TRIAL TIME: 2 ½ -3 days**
    Government's case including jury selection: 2 days
    Defense case: ½ day

**STIPULATIONS**: Stipulations will be proposed as to chain of custody and the expert chemist report.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

    **Witness and Exhibit List**
    Government: Friday before the pretrial conference
    Defense: Friday before the pretrial conference
    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions: Noon, Wednesday,** April 18, 2007
    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine:** None planned.

**TRIAL SETTING**: Criminal jury trial docket commencing April 23, 2007
    **Please note: Counsel request the second week of the trial docket**.

**IT IS SO ORDERED.**

                                                            _____/s/_____
                                                                      SARAH W. HAYS
                                                               United States Magistrate Judge