IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-0290-01-CR-W-SOW |
| ) | |
| NATASHA L. GENTRY, ) | |
| ) | |
| Defendant. ) | |

ORDER

Before this Court is the Report and Recommendation of United States Magistrate Sarah W. Hays regarding defendant's Motion to Exclude Evidence (Doc. #47). The Report and Recommendation of the Magistrate in this case is both thorough and well-reasoned. This Court agrees with this recommendation and sees no reason to comment further. Accordingly, it is hereby

ORDERED that defendant's Motion to Exclude Evidence (Doc. #47) is denied.

    /s/ Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Date: May 3, 2007