IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 06-000290-01-CR-W-SOW |
| | ) | |
| vs. | ) | Date: May 7, 2007 |
| | ) | |
| NATASHA L. GENTRY | ) | day of trial: 1st |
| | ) | |
| Defendant(s). | ) | |

MINUTES OF JURY TRIAL

HONORABLE SCOTT O. WRIGHT, presiding at Kansas City, Missouri.
=====================================================================
Nature of Proceeding: 1st day Criminal Jury Trial

Time Commenced:  8:45 a.m.        Time Terminated: 12:20 p.m.


Plaintiff by:                              Defendant by:
 Charles Ambrose, AUSA                      Stephen Moss, AFPD


| Remarks: | Witness Testifying |
|---|---|
| Attorney pretrial conference- 8:45 a.m. to 9:00 a.m.<br>Parties appear for trial.<br>Jury panel of 46 sworn, qualified, and voir dire conducted by the Court and counsel.<br>Strikes for cause made -11:24 am.<br>A jury of 12 and 1 alternate selected.<br>**Court in recess at 12 p.m. until day, 5/8/07, at 9 a.m.** | |

**Time & Date Pltf. Rested**_____**Deft. Rested**_____

ERO: Joella Baldwin                         By:  Melanie Beard, Courtroom Deputy