IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 06-000290-01-CR-W-SOW |
| | ) | |
| vs. | ) | Date: May 10, 2007 |
| | ) | |
| NATASHA L. GENTRY | ) | day of trial: 4th |
| Defendant(s). | ) | |

MINUTES OF JURY TRIAL

HONORABLE SCOTT O. WRIGHT, presiding at Kansas City, Missouri.
=====================================================================

Nature of Proceeding: 4th Day- Criminal Jury Trial

Time Commenced: 8:30 a.m.      Time Terminated: 3:50 p.m.

Plaintiff by:                                                  Defendant by:
Amy Marcus AUSA & Charles Ambrose, AUSA           Stephen Moss, AFPD

| Remarks: | Witness Testifying |
|---|---|
| Court resumes at 8:30 a.m.<br>Jury instructions read to jury 8:35 a.m.<br>Closing statements by parties 9:00 -9:40 am<br>Jury Deliberation at 9:40 a.m.<br>Recess for lunch 12:00- 1:00 pm<br>Jury Question 2:03 pm<br>Jury Question 2:13 pm<br>Jury Returns Verdict 3:40 pm<br>Jury finds defendant guilty on Counts 1 and 3<br>Jury released 3:46 pm<br>Defense makes oral motion for ext. of time to file post trial motions<br>Court grants motion, all post trial motions due on/before **06/10/07**<br>Defendant is continued on bond: with an additional condition to remain the Kansas City metro area.<br>Court adjourned at 3:50 pm | |

**Time & Date Pltf. Rested 5/9/07 at 9:42 am**          **Deft. Rested 5/9/07 at 2:26 pm**

ERO: Joella Baldwin/ Melanie Beard          By: Melanie Beard/ Kelly McIlvain
                                                                       Courtroom Deputy