IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.   06-00290-01-CR-W-SOW |
| NATASHA L. GENTRY, | ) ) ) | |
| Defendant. | ) | |

## VERDICT FORM

We, the jury, find the defendant, NATASHA GENTRY __Guilty__
(guilty/not guilty)

of Aiding and Abetting others in the Possession of fifty or more grams of Methamphetamine with Intent to Distribute, as charged in the Second Superseding Indictment.

_____
FOREPERSON OF THE JURY

DATE: 5-10-07
Kansas City, Missouri

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-00290-01-CR-W-SOW |
| ) | |
| NATASHA L. GENTRY, ) | |
| ) | |
| Defendant. ) | |

## VERDICT FORM

We, the jury, find the defendant, NATASHA GENTRY __Guilty__
(guilty/not guilty)

of Carrying a Firearm in Relation to Drug Trafficking Crimes, as charged in the Second Superseding Indictment.

_____
FOREPERSON OF THE JURY

DATE: 5-10-07
Kansas City, Missouri